UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-345(PAM/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO DISMISS** |
| v. | ) | **INDICTMENT** |
| | ) | |
| THOMAS PAUL AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Rachel K. Paulose, United States Attorney for the District of Minnesota, and Nathan P. Petterson, Assistant United States Attorney, hereby moves the Court for an order dismissing the Indictment against the above-named defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: October 12, 2007

RACHEL K. PAULOSE
United States Attorney

*s/ Nathan P. Petterson*

BY: NATHAN P. PETTERSON
Assistant U.S. Attorney
Attorney ID No. 151506