# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 00-345(PAM/SRN)

THOMAS PAUL AGUILAR,

Defendant.

I hereby certify that on October 12, 2007, I served, or caused to be served, the following documents:

MOTION TO DISMISS INDICTMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Andrea K George
andrea_george@fd.org,lana_chambers@fd.org

RACHEL K. PAULOSE
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Legal Assistant