UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-345(PAM/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| THOMAS PAUL AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendant is dismissed.

Dated: October 17, 2007

The Honorable Paul A. Magnuson
UNITED STATES MAGISTRATE JUDGE

SCANNED
OCT 17 2007
U.S. DISTRICT COURT ST. PAUL